**Order issued May 8, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-02-00114-CV

————————————

**J. HOWARD MARSHALL, III, Appellant**

**V.**

**ELAINE MARSHALL, INDIVIDUALLY, AS INDEPENDENT EXECUTRIX OF THE ESTATE OF E. PIERCE MARSHALL, AS TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF E. PIERCE MARSHALL, JR., AS TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF PRESTON MARSHALL, AS TRUSTEE OF THE BETTYE B. MARSHALL LIVING TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, MARITAL TRUST NUMBER TWO, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIVING TRUST, AS TRUSTEE OF THE E. PIERCE MARSHALL FAMILY TRUST CREATED UNDER THE BETTYE B. MARSHALL LIVING TRUST INDENTURE DATED OCTOBER 30, 1990, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC., STOCK HOLDING TRUST, AS TRUSTEE OF THE MARSHALL HERITAGE FOUNDATION, AND AS TRUSTEE OF THE MARSHALL LEGACY FOUNDATION; E. PIERCE MARSHALL, JR., INDIVIDUALLY, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC., STOCK HOLDING TRUST, AS TRUSTEE OF THE MARSHALL HERITAGE FOUNDATION, AND AS TRUSTEE OF THE MARSHALL LEGACY FOUNDATION;**

PRESTON MARSHALL, INDIVIDUALLY, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC., STOCK HOLDING TRUST, AS TRUSTEE OF THE MARSHALL HERITAGE FOUNDATION, AND AS TRUSTEE OF THE MARSHALL LEGACY FOUNDATION; ROBERT MCINTYRE, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF J. HOWARD MARSHALL, II; MARSHALL PETROLEUM, INC. N/K/A TROF, INC.; TROF, INC., F/K/A MARSHALL PETROLEUM, INC.; FINLEY HILLIARD, INDIVIDUALLY, AS TRUSTEE OF THE GRANTOR RETAINED ANNUITY TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL CHARITABLE LEAD TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIQUIDATING TRUST NUMBER TWO, AND AS TRUSTEE OF THE J. HOWARD MARSHALL, II, FAMILY TRUST; KEN FARRAR, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIQUIDATING TRUST NUMBER ONE, AND AS TRUSTEE OF THE J. HOWARD MARSHALL, II, FAMILY TRUST; DR. STEPHEN COOK, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIVING TRUST; HARVEY SORENSEN; FOULSTON & SIEFKIN, L.L.P.; CHARLES KOCH; DON CORDES; AND KOCH INDUSTRIES, INC., Appellees

****

HOWARD STERN, AS EXECUTOR OF THE ESTATE OF VICKIE LYNN MARSHALL, Appellant

V.

ELAINE MARSHALL, INDIVIDUALLY, AS INDEPENDENT EXECUTRIX OF THE ESTATE OF E. PIERCE MARSHALL, AS TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF E. PIERCE MARSHALL, JR., AS TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF PRESTON MARSHALL, AS TRUSTEE OF THE BETTYE B. MARSHALL LIVING TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, MARITAL TRUST NUMBER TWO, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIVING TRUST, AS TRUSTEE OF THE E. PIERCE MARSHALL FAMILY TRUST CREATED UNDER THE BETTYE B. MARSHALL LIVING TRUST INDENTURE DATED OCTOBER 30, 1990, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC., STOCK HOLDING TRUST, AS TRUSTEE OF THE MARSHALL HERITAGE FOUNDATION, AND AS TRUSTEE OF THE MARSHALL LEGACY

2

**FOUNDATION; E. PIERCE MARSHALL, JR., INDIVIDUALLY, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC., STOCK HOLDING TRUST, AS TRUSTEE OF THE MARSHALL HERITAGE FOUNDATION, AND AS TRUSTEE OF THE MARSHALL LEGACY FOUNDATION; PRESTON MARSHALL, INDIVIDUALLY, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC., STOCK HOLDING TRUST, AS TRUSTEE OF THE MARSHALL HERITAGE FOUNDATION, AND AS TRUSTEE OF THE MARSHALL LEGACY FOUNDATION; ROBERT MCINTYRE, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF J. HOWARD MARSHALL, II; MARSHALL PETROLEUM, INC. N/K/A TROF, INC.; TROF, INC., F/K/A MARSHALL PETROLEUM, INC.; FINLEY HILLIARD, INDIVIDUALLY, AS TRUSTEE OF THE GRANTOR RETAINED ANNUITY TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL CHARITABLE LEAD TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIQUIDATING TRUST NUMBER TWO, AND AS TRUSTEE OF THE J. HOWARD MARSHALL, II, FAMILY TRUST; KEN FARRAR, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIQUIDATING TRUST NUMBER ONE, AND AS TRUSTEE OF THE J. HOWARD MARSHALL, II, FAMILY TRUST; AND DR. STEPHEN COOK, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIVING TRUST, Appellees**

---

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Case No. 276,815-402**

---

**MEMORANDUM ORDER**

Appellant J. Howard Marshall, III has filed a motion to dismiss his appeal. No opinion has issued and, although the motion was served on all parties and has been on file for more than 10 days, no party has filed a response to the motion. *See* TEX. R. APP. P. 10.1(b), 10.3.

Accordingly, we grant the motion and dismiss J. Howard Marshall, III's appeal. *See* TEX. R. APP. P. 42.1(a)(1). Howard Stern's appeal remains pending.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.